IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

GARY ADAMS,

    Defendant
                           /

No. CR-01-0329 MMC

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

    By order filed July 5, 2012, the Court denied defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence.

    To the extent defendant may wish to file a notice of appeal, the Court hereby DENIES a certificate of appealability, for the reason that defendant has not made a "substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2).

    **IT IS SO ORDERED.**

Dated: July 9, 2012

                                        MAXINE M. CHESNEY
                                        United States District Judge